IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO IBRAHIM, | Case No. 1:11-cv-01265 JLT (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |
| vs. | |
| M. BITER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, it is **HEREBY ORDERED** that:

1. Within thirty (30) days of the date of service of this order, Plaintiff shall either: (1) pay the $350.00 filing fee for this action; or (2) submit the attached application to proceed in forma pauperis, competed and signed.

2. The Clerk of the Court is directed to send Plaintiff this district's application to proceed in forma pauperis.

///

///

///

1

3.     Plaintiff is advised that requests for extensions of time will not be granted without a showing of good cause.  **Failure to comply with this order will result in the dismissal of this action.**

IT IS SO ORDERED.

Dated:   **August 4, 2011**                                                  /s/ Jennifer L. Thurston
                                                                                    UNITED STATES MAGISTRATE JUDGE