IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO IBRAHIM,<br><br>          Plaintiff,<br><br>     vs.<br><br>M. BITER, et al.,<br><br>          Defendants.<br>_____ / | Case No. 1:11-cv-01265 JLT (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR THE RETURN OF DOCUMENTS AND DENYING PLAINTIFF'S REQUEST FOR COPIES<br><br>(Doc. 7) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action pursuant to 42 U.S.C. § 1983. On August 26, 2011, Plaintiff filed a motion requesting that his original complaint and exhibits be returned to him. (Doc. 7.) Plaintiff explains that he was unaware that his documents may be discarded by the Court after one year pursuant to Local Rule 138(d). (Id.) Plaintiff also requests copies of the returned complaint and exhibits. (Id.)

Accordingly, it is **HEREBY ORDERED** that:

1. Plaintiff's request for the return of his original complaint and exhibits is **GRANTED**. The Clerk of the Court is instructed to return those documents to Plaintiff using the self-addressed enveloped provided by Plaintiff. Plaintiff is advised that in the future, he should retain his original exhibits and only file copies with the Court.

2. Plaintiff's request for copies is **DENIED**. The Court cannot, and will not, provide copy services for a party, even for an indigent plaintiff proceeding in forma pauperis. Copy

1

services should be obtained in accordance with the procedures and resources provided by Plaintiff's institution of incarceration. Also, copies of documents may be obtained from the court file by contacting Attorney's Diversified Services at 741 N. Fulton Street, Fresno, California 93728, 800-842-2695.

IT IS SO ORDERED.

Dated:   **August 30, 2011**                                             /s/ Jennifer L. Thurston
                                                                          UNITED STATES MAGISTRATE JUDGE