IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO IBRAHIM,<br><br>  Plaintiff,<br><br>  vs.<br><br>M. BITER, et al.,<br><br>  Defendants.<br>_____ / | Case No. 1:11-cv-01265 JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

   Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed October 4, 2011, the Court dismissed Plaintiff's original complaint with twenty-one days leave to amend. (Doc. 9). On October 27, 2011, Plaintiff filed a motion for a sixty day extension of time to file an amended complaint. (Doc. 10). In response to Plaintiff's motion, on November 1, 2011, the Court granted Plaintiff an additional twenty-one days with which to file his amended complaint. (Doc. 11.) The Court also cautioned Plaintiff that failure to comply with the Court's order would result in the dismissal of the case. (Id.) The twenty-one day period has now expired, and Plaintiff has failed to file an amended complaint or otherwise respond to the Court's November 1, 2011 order.

   Accordingly, it is **HEREBY ORDERED** that within 14 days from the date of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute. If Plaintiff wishes to proceed with this action, he must also file an amended complaint in

1 | accordance with the Court's November 1, 2011.  Plaintiff is firmly cautioned that failure to comply with
2 | this order will result in the dismissal of this action.
3 |
4 | IT IS SO ORDERED.
5 | Dated: **December 8, 2011**                                              **/s/ Jennifer L. Thurston**
                                                                                UNITED STATES MAGISTRATE JUDGE